THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Darrell
 Nathaniel Mitchell, Appellant.
 
 
 

Appeal From Florence County
 J. Ernest Kinard, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2011-UP-101
Submitted March 1, 2011  Filed March 14,
 2011  
AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant
 Attorney General Brendan J. McDonald, all of Columbia; and Solicitor Edgar L.
 Clements, III, for Respondent.
 
 
 

PER CURIAM:  Darrell
 Nathanial Mitchell appeals his murder conviction and corresponding thirty-year
 sentence, arguing the trial court erred in refusing to issue a mere presence
 jury charge without also charging hand of one, hand of all.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority:  State v. Bryant, 372 S.C. 305, 315-16, 642 S.E.2d 582, 588
 (2007) (stating an issue conceded at trial cannot be argued on appeal).
AFFIRMED.
WILLIAMS,
 GEATHERS, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.